IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Brown, Henry L

Printed: 9/3/08

Case Number: 04 B 20693
Judge: Squires, John H
Filed: 5/27/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Completed: July 31, 2008
Confirmed: September 29, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 27,918.00 |  |
| Secured: |  | 20,508.82 |
| Unsecured: |  | 3,350.69 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,394.00 |
| Trustee Fee: |  | 1,480.69 |
| Other Funds: |  | 183.80 |
| Totals: | 27,918.00 | 27,918.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Lehman & Fox | Administrative | 2,394.00 | 2,394.00 |
| 2. | Select Portfolio Servicing | Secured | 0.00 | 0.00 |
| 3. | Select Portfolio Servicing | Secured | 20,108.82 | 20,108.82 |
| 4. | City Of Chicago | Secured | 400.00 | 400.00 |
| 5. | City Of Chicago Dept Of Revenue | Unsecured | 1,248.92 | 1,248.92 |
| 6. | Peoples Energy Corp | Unsecured | 815.11 | 0.00 |
| 7. | City Of Chicago | Unsecured | 2,101.77 | 2,101.77 |
| 8. | City Of Chicago Dept Of Revenue | Unsecured |  | No Claim Filed |
| 9. | Consultants In Clinical Pathol | Unsecured |  | No Claim Filed |
| 10. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 11. | Radiology Imaging Specialists | Unsecured |  | No Claim Filed |
| 12. | Consultants In Clinical Pathol | Unsecured |  | No Claim Filed |
| 13. | Ernesto Languido | Unsecured |  | No Claim Filed |
| 14. | Consultants In Clinical Pathol | Unsecured |  | No Claim Filed |
| 15. | Evergreen Care Center | Unsecured |  | No Claim Filed |
| 16. | Cardiovascular Consultants | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 27,068.62 | $ 26,253.51 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 308.88 |
| 4% | 70.81 |
| 3% | 53.80 |
| 5.5% | 293.41 |
| 5% | 89.67 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Brown, Henry L | Case Number: 04 B 20693 |
| | Judge: Squires, John H |
| Printed: 9/3/08 | Filed: 5/27/04 |

```
              4.8%              171.08
              5.4%              493.04
                             _____
                           $ 1,480.69
```

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____